Court of Appeals
Third District of Texas

To the Honorable Justice's,

My name is Thomas Atkinson
TDCJ-CID No. 1886762

RE. App. Number: 03-13-00746-cR
Trial Number: D-1-DC-12-301481

I am writing You because dont know who else to contact concerning this matter. On Tuesday, March 18, 2014 appellants counsel filed an Anders brief on behalf of appellant. And a complete copy of the trial records were supose to be forwarded, interrogation video as well. See Trap 34.5(g) and 34.6(h). Although I did receive the transcrips, I never received the DVD of the interrogation, appellant's Miranda rights were violated, and the interrogation video clearly shows appellant involking his right to assistance of counsel, I would like to please have a copy of the DVD video's, it should be 4 DVD's in all. There were two seperate interrogations. Your assistance is greatly appreciated.

Thank You.

Sincerely, Thomas T. Atkinson

RECEIVED
OCT 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FOREVER US
PURPLE HEART

Thomas T. Atkinson #1986762

Thomas T. Atkinson

Alfred D. Hughes unit

3201 F.M. 929

Gatesville, TX 76597

ATT=

Legal !!

To: Court of Appeals

Third District

P.O. Box 12547.

Austin, TX 78711- 25417

78711254747